THE PEOPLE OF THE STATE OF NEW YORK v. MORRIS JURGER and HARRY THIVES.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.